■ WILLIAM MCMAHON, Respondent, v METROPOLITAN LIFE INSURANCE CO., Defendant, and FLYNN-HILL ELEVATOR CORP., Appellant. [715 NYS2d 146] —Order, Supreme Court, New York County (Diane Lebedeff, J.), entered on or about December 17, 1999, which denied, with leave to renew, plaintiff-respondent's motion to restore the action to the calendar, unanimously affirmed, without costs.

Since the requisites for restoration were otherwise satisfied, and there was indication that plaintiff, in this case of alleged elevator misleveling in which the doctrine of res ipsa loquitur may have application (*see, e.g., Dickman v Stewart Tenants Corp.*, 221 AD2d 158), may well have a meritorious cause of action, the motion court exercised its discretion appropriately in affording plaintiff another opportunity to demonstrate the merits of his case. Concur—Nardelli, J. P., Tom, Wallach and Andrias, JJ.

■ ALL TERRAIN PROPERTIES, INC. v HOY. [719 NYS2d 552] —Modification/clarification granted to the extent of directing Supreme Court, New York County, to entertain plaintiff's application on the merits, as indicated. It should be apparent that, upon dismissal of the complaint (order entered February 18, 1999, Leland DeGrasse, J.), plaintiff's pending application for the same or similar relief was rendered moot. As such, its denial was not a disposition on the merits and, upon reinstatement of the complaint, the instant application is not barred by the doctrine of law of the case. Concur—Williams, J. P., Ellerin, Rubin and Saxe, JJ.

■ In the Matter of ROBERT J. FORREST (Admitted as ROBERT FORREST), a Suspended Attorney. [718 NYS2d 813] —Motion granted to the extent of reinstating petitioner as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Sullivan, J. P., Nardelli, Rubin, Andrias and Friedman, JJ.